IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAJI JOHNSON,

    Plaintiff,

v.

DR. JOAN HANNULA, JUDY BENTLEY, et al.

    Defendants.

ORDER

Case No. 14-CV-155-wmc

    Plaintiff Haji Johnson, a prisoner incarcerated at the Jackson Correctional Institution in Black River Falls, Wisconsin, has filed a proposed civil complaint, but has neither paid the filing fee nor requested leave to proceed without prepayment. For this case to proceed, plaintiff must pay the $400 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 18, 2014.

    A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Haji Johnson may have until March 18, 2014 to submit the $400 filing fee or a motion for leave to proceed without prepayment and a trust

fund account statement for the period beginning approximately August 17, 2013 and ending approximately February 17, 2014.  If, by March 18, 2014, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 25th day of February, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge