IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAJI JOHNSON,

    Plaintiff,

v.

JEFFREY PUGH, HOLLY GUNDERSON,
GARY HAMBLIN, DR. HIEDRON, JOAN
HANNULA, JUDY BENTLY, JEAN ANNE
VOEKS, BECK DRESSLER, DEB ARNWICK
AND ANGIE MILAS,

    Defendants.

ORDER

Case No.  14-cv-155-wmc

    Plaintiff Haji Johnson a prisoner incarcerated at the Jackson Correctional Institution in Black River Falls, Wisconsin, has submitted a proposed complaint and he has paid $350 filing fee.  Because plaintiff is a prisoner, he is subject to the Prison Litigation Reform Act ("PLRA"), which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff Haji Johnson's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.  Plaintiff will be notified promptly when such a decision has been made.  In the meantime, if plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

    Entered this 4th day of April, 2014.

    BY THE COURT:

    /s/
PETER OPPENEER
Magistrate Judge