IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAJI JOHNSON,

        Plaintiff,                        ORDER

v.                                           14-cv-155-wmc

JOAN HANNULA, *et al.*,

        Defendants.

---

State inmate Haji Johnson has filed this civil action pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement in the Wisconsin Department of Corrections. In particular, Johnson claims that he was denied adequate medical care, or that care was delayed, for a serious medical condition. Johnson has now filed a motion to amend his original complaint. He also requests leave to supplement his claim for declaratory relief in this case. The court will grant both motions and will take the proposed amended complaint under consideration for screening as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A.

ORDER

IT IS ORDERED that Haji Johnson's motions to amend and supplement his complaint (dkts. # 15, # 17) are GRANTED.

Entered this 9th day of June, 2014.

                                            BY THE COURT:

                                            /s/

                                            WILLIAM M. CONLEY
                                            District Judge