IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAJI JOHNSON,

                        Plaintiff,

v.

DR. JOAN HANNULA, *et al.*,

                        Defendants.

ORDER

14-cv-155-wmc

---

    State inmate Haji Johnson has been granted leave to proceed on claims that medical staff working within the Department of Corrections acted with deliberate indifference by (1) refusing to refer him to a colon specialist and (2) failing to provide him with a special diet and adequate care for his ulcerative colitis. (Dkts. ##19, 35). He is represented by counsel. Two motions are currently pending, which the court addresses below:

    *First*, defendant Deb Arnwick has filed an unopposed motion to extend the deadline for filing dispositive motions from October 16, 2015 to October 31, 2015, in order to allow her counsel to depose plaintiff. (Dkt. #65). Arnwick is not represented by the Department of Justice, but is separately represented by counsel who appeared on her behalf on July 24, 2014. Counsel explains that although he has been working diligently to obtain discovery since appearing in this case, he was unable to schedule plaintiff's deposition before the dispositive motion deadline.

    *Second*, plaintiff has filed a motion to supplement his complaint to add claims that Tammy Maassen, the Nursing Supervisor at Jackson Correctional Institution, and Diane Huber, a registered nurse, were deliberately indifferent to his medical needs by failing to provide him with medication for his ulcerative colitis in May and June of 2015. (Dkt. #60). The court previously denied plaintiff's request to add claims against Maasen and Huber

because plaintiff had failed to explain why the amendment should be granted. (*See* Order, dkt. #59). Additionally, the court was concerned that the late amendment would prejudice defendants. (*Id.*) Plaintiff has now filed a brief supporting his motion to supplement under the appropriate standard, and defendants have filed a notice stating that they do not oppose the motion so long as they are given additional time to prepare their dispositive motion. (Dkt. #57). Plaintiff also states that he will accept a shortened response deadline for filing his brief in opposition to defendants' motion for summary judgment in order to keep this case on the same trial schedule. (Dkt. #61 at 4).

In light of these circumstances, the court will grant plaintiff's motion to supplement his complaint to include claims against Huber and Maassen and will adjust the dispositive motion deadline. The new schedule is as follows:

- Dispositive motion deadline: November 9, 2015
- Response deadline: November 30, 2015
- Reply deadline: December 15, 2015

The remaining schedule and trial date (March 1, 2016) set forth in the Preliminary Pretrial Conference Order, (dkt. #47), remains unchanged.

Entered this 13th day of October, 2015.

BY THE COURT:

WILLIAM M. CONLEY
District Judge