IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAJI JOHNSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

14-cv-155-wmc

v.

DR. JOAN HANNULA, JUDY BENTLEY,
JEFFREY PUGH, HOLLY GUNDERSON,
EDWARD WALL, DR. HIERDON,
JEAN ANNE VOEKS, BECK DRESSLER,
DEB ARNEVIK, ANGIE MILAS, ERIC
STUGEN, TAMMY MAASSEN and
DIANE HUBER,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff Haji Johnson leave to proceed and dismissing his claims against Jeffrey Pugh, Holly Gunderson, Edward Wall, Dr. Hierdon and Beck Dressler;

    (2) dismissing Debra Arnevik, Eric Stugen, Jean Anne Voecks; and

    (3) granting summary judgment in favor of Joan Hannula, Judy Bentley, Angie Milas, Tammy Maassen and Diane Huber and dismissing this case.

    /s/                                                        2/10/2016

Peter Oppeneer, Clerk of Court                       Date

Case: 3:14-cv-00155-wmc Document #: 100 Filed: 02/10/16 Page 2 of 2