UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

HAJI JOHNSON,

      Plaintiff,

v.

      CIVIL ACTION NO. 14-CV-155

DR. JOAN HANNULA, JUDY BENTLEY,
TAMMY MAASSEN, and DIANE HUBER,

      Defendants.

## NOTICE OF APPEAL

Please take notice that plaintiff, Haji Johnson, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Opinion and Order granting defendants' motion for summary judgment entered February 9, 2016 (Dkt. 99) and the Judgment in this action entered on February 10, 2016 (Dkt. 100).

Dated: March 8, 2016.

      */s/Mark W. Hancock*
      Kendall W. Harrison (WI State Bar #1023438)
      Mark W. Hancock (WI State Bar #1099035)
      GODFREY & KAHN, S.C.
      One East Main Street, Suite 500
      P.O. Box 2719
      Madison, Wisconsin 53701-2719
      Tel: (608) 257-3911
      Fax: (608) 257-0609
      kharriso@gklaw.com
      mhancock@gklaw.com

      *Attorneys for Plaintiff Haji Johnson*

15284391.1